FILED

DEC - 2 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONEEK M. ACKLES, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. *13-1907* |
| | ) |
| UNITED STATES CONGRESS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff allegedly is "deprived of his liberty by the State of Alabama for a conviction of capital murder, with a sentence of life without parole in violation of the First and Fourteenth Amendments of the United Sates Constitution." Compl. at 6 (page numbers designated by the Court). Because he "has once filed in the United States District [Court] a federal petition for writ of habeas corpus," *id.*, he is barred from pursuing "a second habeas corpus petition unless he gains permission from the Eleventh Circuit Court of Appeals pursuant to [28 U.S.C. § 2244(b)]." *Id.* at 7. According to plaintiff, this provision is unconstitutional and deprives him of a means to seek relief from his conviction. *See generally id.* at 7-10. His claim is doomed to fail, however, because the restrictions set forth in 28 U.S.C. § 2244(b) "do not amount to a suspension of the

writ [of habeas corpus]." *Felker v. Turpin*, 518 U.S. 651, 664 (1996) (internal quotation marks omitted).

An Order accompanies this Memorandum Opinion.


DATE: Jun. 8, 2013

_____
United States District Judge